# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOUTHWEST REGIONAL COUNCIL OF CARPENTERS,

        Plaintiff,

vs.

COBALT-EDI, LLC,

        Defendant.

Case No.: 2:15-cv-2180-GMN-VCF

**ORDER**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (ECF No. 18), filed on July 29, 2016, which states that Plaintiff Southwest Regional Council of Carpenters' ("Plaintiff's") Motion for Entry of Default Judgment (ECF No. 17) against Defendant Cobalt-EDI, LLC ("Defendant") should be granted. As Judge Ferenbach explained, six out of the seven factors articulated by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) weigh in favor of granting default judgment, and the remaining factor is not dispositive.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation

where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.  Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment (ECF No. 17) is **GRANTED** and default judgment be entered against Defendant Cobalt-EDI, LLC in the amount of $25,300.00.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this __18__ day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court