AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Southwest Regional Council of Carpenters

Plaintiffs,

V.

Cobalt-Edi, LLC

Defendant.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:15-cv-02180-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff and against Defendant.

10/31/2016

Date

/s/ Lance S. Wilson

Clerk

/s/ALipski

(By) Deputy Clerk